IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| SHIRLEY RADABAUGH, | * | |
| Plaintiff, | * | |
| v. | * | CV 122-034 |
| MEYBOHM REALTY, INC. and MOVE, INC., | * | |
| Defendant. | * | |

O R D E R

Presently before the Court is Plaintiff's motion for entry of order of dismissal as to Meybohm Realty, Inc. ("Meybohm Realty"). (Doc. 16.) Plaintiff represents this motion is uncontested. (Id.) Because Plaintiff filed the motion prior to Defendant Meybohm Realty having served an answer or a motion for summary judgment, the Court will construe this motion as a motion to dismiss under Federal Rule of Civil Procedure 41(a)(1). Additionally, dismissal against less than all parties is permissible under Rule 41(a)(1). See Jackson v. Equifax Info. Servs., LLC, No. CV 119-096, 2020 WL 476698, at *1 (S.D. Ga. Jan. 29, 2020).

Pursuant to Rule 41(a)(1)(A)(i), the Court **GRANTS** Plaintiff's motion and hereby **DISMISSES WITH PREJUDICE** this matter as to Defendant Meybohm Realty. The Clerk is **DIRECTED** to **TERMINATE** Defendant Meybohm Realty as a party to this case and any motions

pertaining to it.  Plaintiff and Defendant Meybohm Realty shall bear their own costs and fees with respect to each other.

**ORDER ENTERED** at Augusta, Georgia, this 30th day of September, 2022.

```
_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
```